COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-405-CV

ARTURO GUERRA, SR., INDIVIDUALLY, APPELLANTS

MARGARITA MUNIZ, INDIVIDUALLY,

MISTY R. GUERRA, INDIVIDUALLY, AND

EACH AS AUTHORIZED REPRESENTATIVES

OF THE ESTATE OF ARTURO GUERRA, JR., 

DECEASED

V.

TRUMAN DEWESS, AH, L.L.C., GENERAL APPELLEES

PARTNER OF AGGREGATE HAULERS I, L.P.

D/B/A AGGREGATE HAULERS, RUMCO, INC.

AND 4-B TRUCKING, INC.

----------

FROM THE 271
ST
 DISTRICT 
COURT OF WISE COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellants’ “Withdrawal Of Notice Of Appeal,” which we treat as a motion to dismiss this appeal.  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Appellants shall pay all costs of this appeal, for which let execution issue.

PER CURIAM

PANEL D: DAUPHINOT, HOLMAN, and GARDNER, JJ.

DELIVERED: December 29, 2005

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.